JUNE 26, 1971

No. 1873. NEW YORK TIMES CO. v. UNITED STATES; and

No. 1885. UNITED STATES v. WASHINGTON POST CO. ET AL.

THE CHIEF JUSTICE announced in open Court that the Government's motion to conduct part of oral arguments involving security matters *in camera* denied and under order granting writ counsel may submit arguments in writing under seal in lieu of *in camera* oral argument. THE CHIEF JUSTICE, MR. JUSTICE HARLAN, and MR. JUSTICE BLACKMUN would grant limited *in camera* argument. Two hours allowed for oral argument.

JUNE 28, 1971

No. 517. BOARD OF EDUCATION OF COUNTY OF KANAWHA ET AL. v. HUGHES. Appeal from Sup. Ct. App. W. Va. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted and case set for oral argument.